UNITED STATES BANRKUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourt.gov

Case No.: 6:18-bk-06444-KSJ
Chapter: 13

IN RE:

Richard Lawrence Butler
Amy Rosalie Butler

　　　　Debtor(s)　　　　/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

Debtor(s), Richard Lawrence Butler and Amy Rosalie Butler, and Debtor(s) counsel hereby file this Stipulation For Substitution Of Counsel and request this Court grant same, relieving Brad S. Higginbotham as counsel of record for Debtor(s) and substituting Sophia Dean, as counsel therefor.

Dated: 12/3/18

Respectfully submitted,

By: _____
Brad S. Higginbotham
Florida Bar No. 0658642
37 N. Orange Avenue
Suite 500
ORLANDO FL 32801
Tel. (407) 926-4007
Fax (407) 926-4008
E-Mail: brad@hdlegalsolutions.com
Attorney for Debtor(s)

Dated: 11/19/18

*signature*

Brad S. Higginbotham
37 N. Orange Avenue, Suite 500
ORLANDO, Florida 32801
Tel. 407-926-4007

Dated: 12/3/18

*signature*

Sophia Dean
12301 Lake Underhill Rd.
Orlando, Florida 32828
Tel. 407-512-4394
sdean@theorlandolawgroup.com

Dated: 11-19-18

*signature*

Richard Lawrence Butler

*signature*

Amy Rosalie Butler