ORDERED.

Dated: February 28, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                  Case No: 18-bk-06444-KSJ
                                                                                        Chapter 13
RICHARD LAWRENCE BUTLER and
AMY ROSALIE BUTLER,

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S**
**MOTION TO DETERMINE SECURED STATUS OF CLAIMS**

This case came before the Court to consider Debtor's Motion to Determine Secured Status of Claims (Doc. 8). The motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service. No party filed a response within the time permitted and the Court therefore considers the matter to be unopposed. Accordingly, it is

**ORDERED:**

1. The motion is GRANTED.

2. Claim Number 23 of Apple Federal Credit Union as secured to Debtor's 2014 Nissan Pathfinder, VIN: 5N1AR2MM9EC665435 is determined to have a secured

claim of $13,675.00, with the balance of the claim being treated as an unsecured claim.

The secured claim shall be paid at a fixed rate of interest in the amount of 5.25%.

Attorney Sophia Dean is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.